# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   *

  *

     v.   *

  *     **Case No. 24-cr-235-ABJ**

**GUSTAV SEESTEDT**   *

  *

     **Defendant.**   *

## <u>UNOPPOSED EMERGENCY MOTION TO CONTINUE STATUS CONFERENCE</u>

The Defendant, Gustav Seestedt, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Emergency Motion to Continue Status Conference. In support of this Motion, counsel state as follows.

1. Mr. Seestedt was first charged in this case by way of an Indictment filed on May 15, 2024. On October 23, 2024, the Government filed a Superseding Indictment. A status conference is currently scheduled for May 22, 2025 at 10:30 a.m.

2. At this time, Mr. Seestedt respectfully requests that the Court continue the status conference to a date that is convenient for the Court and the parties.

3. The parties are engaged in plea discussions and hope to have a resolution in the near future. A continuance of approximately 30 days should permit the parties to finalize an agreement.

4.      This Motion is unopposed. The undersigned counsel have contacted AUSA Karen Shinskie, who has advised that the Government does not oppose the requested continuance.

5.      The parties have conferred and are available for a status conference on the afternoon of June 23 or June 26 or anytime on June 25.

6.      Mr. Seestedt consents to tolling time under the Speedy Trial Act through the date of the next hearing.

7.      Accordingly, Mr. Seestedt respectfully requests that this Honorable Court continue the May 22 status conference to a date convenient for the Court and the parties.

Respectfully submitted,

/s/

_____

Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2025, a copy of the foregoing was sent

to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____

Michael E. Lawlor