IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    *

                                  *

   v.                           *

                                  *        Case No. 24-cr-235-ABJ

GUSTAV SEESTEDT          *

                                  *

    Defendant.           *

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO VICTIM'S MOTION

The Defendant, Gustav Seestedt, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to extend the deadline for the defense to file a response to the victim's motion regarding the plea agreement reached by the parties. In support of this Motion, counsel states as follows.

1.      On September 2, 2025, Mr. Seestedt appeared before the Court and entered a guilty plea in this matter. A mandatory minimum sentence of 15 years of imprisonment applies in this case. Sentencing is currently scheduled for June 30, 2026.

2.      On April 22, 2026, the victim in this case filed a Motion and Memorandum requesting that the Court reject the C plea reached by the parties in this case. On April 23, 2026, the Court set May 8 as the deadline for any response to be filed.

1

3.    At this time, Mr. Seestedt respectfully requests that the Court extend the time for the Defendant to file a response to the victim's Motion.  On May 11, 2026, counsel were to begin trial in  a murder case in Maryland state court (*State v. Decouisey Wilson*, C-02-CR-24-000511).  The case resulted in a guilty plea on May 6, 2026.  However, undersigned were immersed in preparation for that trial for the better part of the past several weeks.

4.    This Motion is unopposed. The undersigned counsel has conferred with AUSA Karen Shinskie, who has advised that the Government does not oppose the requested extension.

5.    Accordingly, Mr. Seestedt respectfully requests that this Honorable Court  extend the deadline for the Defendant to file a response to the victim's Motion until May 20, 2026.

Respectfully submitted,

/s/

_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@brennanmckenna.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2026, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF, and to counsel for the victim via email.

/s/

_____

Michael E. Lawlor