**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case Number: 24-cr-235 (ABJ)** |
| | : | |
| **v.** | : | |
| | : | |
| **GUSTAV SEESTEDT,** | : | |
| | : | |
| **Defendant** | : | |

### NOTICE OF FILING OF PROPOSED FORFEITURE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the attached proposed order of forfeiture in advance of the defendant's sentencing hearing, set for June 30, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES
ATTORNEY

By:      */s/ Karen Shinskie*
Karen Shinskie
Assistant United States Attorney
DC Bar No.1023004
D Street, N.W. Washington, D.C. 20530
Phone: 202-730-6878
Email: karen.shinskie@usdoj.gov